STATE OF NORTH CAROLINA v. FRANK KELLER

No. 6825SC355

(Filed 11 December 1968)

APPEAL by defendant from *Falls, J.*, at the 16 May 1968 Session of CALDWELL Superior Court.

Defendant was indicted in two cases for forging checks and uttering said checks. The cases were consolidated for trial, and on a verdict of guilty as charged, defendant was given active prison sentences from which he appealed.

*Attorney General T. Wade Bruton and Trial Attorney William F. Briley for the State.*

*Neil D. Beach for defendant appellant.*

BRITT, J.

We have carefully reviewed the record filed in this case, with particular reference to the questions raised in the brief of defendant's court-appointed attorney. Not only do we fail to find prejudicial error, but we fail to find any question presented that merits discussion.

The defendant had a fair trial, free from prejudicial error, and the sentences imposed were within statutory limits.

No error.

BROCK and PARKER, JJ., concur.